

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-15-00061-CV

Ravi **BOTLA**, M.D.,
Petitioner

v.

Salvador **DEL TORO** Jr.,
Respondent

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19135
Honorable Peter Sakai, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the petitioner's request for permission to appeal an otherwise non-appealable order is DENIED. Petitioner's motion to stay is DENIED, and this cause is remanded to the trial court. Costs of court for this petition for permissive appeal are taxed against petitioner Ravi Botla, M.D.

It is so **ORDERED** on March 11, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle, Clerk